# EXHIBIT B

# GOLDEN WEST COLLEGE

## Student Clubs & Organizations Handbook



# Student Clubs & Organizations Handbook

**REVISED 2-3-2025**



# Chapter 1: Introduction

Dear Club Leaders and Advisors,

Campus Life wants you to be the most successful student leader you can be! We have prepared this **Student Club & Organization Handbook** to introduce you to the Associated Students of Golden West College (ASGWC), Inter-Club Council (ICC) and the campus resources, policies, and procedures which impact your Student Club or Organization. This handbook has been designed for Student Club and Organization officers, members, and advisors.

## Student Clubs & Organizations at Golden West College
Student Clubs and Organizations are a vital part of Golden West College.  Clubs and organizations are an extension of the classroom  learning experience. Students are encouraged to organize and participate in clubs that reflect  their interests. Clubs and organizations serve the following functions and purposes:

- Enriching educational opportunities by allowing students who have special interests to advance their knowledge in these fields through activities, events, and programs.
- Hosting events that involve the community to make this truly a "community  college."
- Learning to work with people from all backgrounds.
- Helping students broaden their perspective by presenting different points of view.
- Developing leadership skills and working collaboratively with others in a group setting.
- Preparing students to serve as responsible leaders in a global society.
- Building a sense of comradery and support, creating opportunities for students to form lasting friendships and professional networks.
- Providing a platform for creativity and innovation, where students can bring new ideas to life through club activities and projects.

## Club Membership – GWC Enrollment Status
In order to join a GWC Student Club or Organization, you must be enrolled at Golden West College.  There is no unit minimum to meet this enrollment requirement – you may be a full-time, part-time, non-credit, or dual-enrollment student.

In order to serve as a club officer and/or hold a leadership position within a Student Club or Organization, you must be enrolled in at least 5 units at Golden West College. The 5-

unit requirement is set forth in California Education Code, and applies to both existing clubs, as well as any student who would like to start or establish a new club.

## **Benefits of Student Clubs & Organizations**

In addition to the leadership opportunities offered by Student Clubs and Organizations, officially recognized clubs and organizations include the following benefits:

- Use of "Golden West College," "ASGWC," "ICC," and/or "Campus Life" name and branding for approved events, activities, and programs.
- Assistance from Campus Life in supporting your events and activities.
- Use of campus facilities and equipment.
- Establishment of a club account with the Bursar's Office.
- Computer, internet, and printer access in Campus Life.
- Participation in Campus Life activities, events, programs, conferences, and field trips.
- 100 flyers per semester. Additional flyers at 10 cents per flyer for black and white, or 25 cents for additional color copies.
- Large format color printing (e.g., posters, banners, etc.) through GWC's Print Shop.
- Up to $500 (based on availability of funds) in Inter-Club Council co-sponsorship per semester.
- Additional ASGWC funding for Student Clubs & Organizations per year (amount varies annually based on ASGWC budget allocations).
- Access to office supplies, including blue painter's tape, staples, paper, and markers.

We look forward to supporting all Student Clubs & Organizations in this leadership journey!

Best,


Dennis Nanez
Student Life and Leadership Specialist & Inter-Club Council Advisor
dnanez@gwc.cccd.edu / 714-892-7711, x. 55198

**Chapter 2**

# Chapter 2: Campus Life, Clubs, and ASGWC

Before creating a new club or assuming a leadership role in an existing club, it's important to understand how clubs are governed at GWC.

## Campus Life

The Campus Life team at GWC consists of four full-time employees: the Director of Student Life & Leadership, who oversees the entire Campus Life office and directly supervisees the other three team members; the Student Leadership Coordinator, who oversees the Student Government (ASGWC) and leadership programs within Campus Life; the Student Life & Leadership Specialists, who oversees the Student Club and Organization program within Campus Life; and the Student Activities Assistant, who provides support and assistance for all programs and initiatives within Campus Life. In addition to these four full-time staff members, the Campus Life team often includes hourly employees and student assistants.

## ASGWC

At Golden West College, the student body is assembled and organized by the Associated Students of Golden West College (ASGWC).  ASGWC is comprised of five entities: the Executive Student Council, the Student Senate, Standing Committees, Student Commissions, and the Inter-Club Council.

The presiding body of the Associated Students of Golden West College is the Executive Student Council, which consists of nine current GWC students who are elected or appointed by the student body.  Each spring, elections are held for the following Executive Student Council Positions:

1. President
2. Executive Vice President
3. Vice President of College Life
4. Vice President of Club Affairs
5. Vice President of Financial Affairs
6. Vice President of Public Relations
7. Vice President of Student Advocacy
8. Vice President of Sustainability

3

Once elected, students in the above positions serve a term of one academic year, which starts on the Monday after the current spring semester concludes and runs through the last day of the following spring semester.  In addition to the above elected positions, the Executive Student Council also consists of an Executive Secretary, who is appointed by the Executive Student Council at the beginning of their term.

**Student Clubs and Organizations Policies and Procedures**
Inter-Club Council, as an entity of ASGWC, is governed by the **ASGWC Constitution**, **Bylaws**, and **Standing Rules**.  As a subset of the Inter-Club Council, many of the rules and regulations which apply to Student Clubs and Organizations are found in the AGWC Governing Documents (such as the ASGWC Finance Code, which all Student Clubs and Organizations are subject to).  The ASGWC Governing Documents are developed, updated, and maintained by the ASGWC Executive Student Council.

However, the way in which these policies are applied and administered (for example, forms for requesting funds or hosting events on campus, the Student Club and Organization Handbook, etc.) are developed, updated, and maintained by the Campus Life office.



Chapter 3

# Chapter 3: Club Approval & Club Status

For any club or organization to be officially recognized by the Inter-Club Council, it must receive approval from Campus Life and meet all requirements established by the California Education Code. This chapter will walk you through the steps of official club recognition for both new and continuing clubs.

## New Clubs

Before you begin the process of forming a new club or organization, we encourage you to research and review existing clubs and organizations. These clubs and organizations have been formed to meet a variety of social, cultural, political, recreational, and religious interests. You may find an existing club that already meets your needs.  If the club that you'd like to start already exists in a similar organization, Campus Life and ICC will encourage you to join that club, rather than create competition for members and resources.  For a list of current Student Clubs and Organizations at GWC, please visit the [Campus Life webpage](#).

If the club that you'd like to start does not already exist, you can create your own club by following four simple steps, outlined below.

***Please note: Per California Education Code, you must be enrolled in at least 5 units at Golden West College to serve as a Club Officer and start your own club or organization.***

### Club Start-Up Steps
1. Fill out the Campus Life [New Club Application](#), which is available online.  This form will ask you to identify your club purpose, as well as collect your contact information.
    - ➢ **Club Start-Up Tip**: If you're having trouble clearly identifying or summarizing your club purpose, the [Club Startup Worksheet](#) in the Appendix B of this Handbook may be a useful tool.

2. Recruit at least four(4) other students, for a minimum total of five(5) club members. Club members must be enrolled in a minimum of 5 units at Golden West College. Students maybe be full time, part time, or non-credit students. Clubs must be open to

5

**all** students but may have a higher membership threshold if chartered by an external organization.

- ➤ **Recruitment Tip 1**: Many students successfully use the GWC App to find and recruit new club members. For example, you can post on the Student Feed explaining the purpose of your club, and then request that any interested students send you a Direct Message with their name, email address, and student ID number (you'll need this info for the club roster) for your club recruitment list.

- ➤ **Recruitment Tip 2**: Campus Life and ICC host the Club Expo at the beginning of each fall and spring semester. Students who are in the process of creating a new club can participate and host a recruitment booth, even if they haven't been approved by ICC yet.

3. Identify a Club Advisor. Advisors may be full-time or part-time GWC faculty members, full-time GWC classified professionals, or any GWC manager or administrator.

- ➤ **Advisor Tip 1**: Is there a faculty member or employee on campus that you have already enjoyed working with or been mentored by? Many students find their advisors through these pre-existing relationships.

- ➤ **Advisor Tip 2**: If you don't already have an advisor in mind (this is often the case especially for our new students who may just be getting started at GWC), that's okay! The New Club Application asks if you have already identified an advisor. For students who are still seeking an advisor, Campus Life can help find an eligible GWC employee who would be a good fit.

4. Create a Club Constitution and submit to the Campus Life office

- ➤ **Club Constitution Tip**: The Campus Life Office has a constitution template that clubs can use as a guide to develop their Club Constitution.

## Club Ratification Procedures

Once you have completed all four steps listed above. Your club will be ratified at the next eligible ICC meeting during the Fall or Spring semester. After your club is ratified, it will be considered an "Active Club."

Ratification is solely based upon completion of the 4 required steps listed above. Any personal views and opinions about student groups are not considered when ratifying a student club or organization.

The Vice President of Club Affairs and the ICC Advisor will send you an email at least 3 business days in advance of the ICC meeting date.  A representative from the club (ex: you, another club member, or your club advisor) must be present at the meeting in order for ICC to take action on your club approval.

For more information on ICC Meetings, please see the Inter-Club Council section of this Handbook.

> ➢ **Club Approval Tip**: When recruiting your initial members, please ensure that at least one individual can attend ICC meetings on a regular basis.  This person can then serve as your official ICC Representative, which is an officer position required in all clubs.  The ICC Meeting dates and times are set by the Vice President of Club Affairs.  You can find the list of meeting dates/times online.  The schedule is typically published the week before each Fall and Spring semester.

## Club Constitution

The Constitution is an important document that outlines the structure of your club (including the formal leadership positions available and how decisions such as club officers, budget allocations, etc.) will be decided within your group.

This document will also be passed on to the future leaders of your club so that they don't have to start from scratch every year.  With that in mind, your Club Constitution is an important transition document for your group.

> ➢ **Constitution Tip 1**: Need help getting started?  Revisit your Club Startup Worksheet – there are some guiding questions on this document about the structure of your club.  There is also a Constitution Template available on our website.

> ➢ **Constitution Tip 2**: Drafting and approving your Club Constitution is a great topic for your first few meetings (both for your Executive Board/Officer Meetings, and your general Club Meetings).

> ➢ **Constitution Tip 3**: The ICC Advisor is able to attend your Executive Board/Officer Meetings and/or your general Club Meetings to facilitate a Club Constitution workshop if your group requires additional help.

## Club Roster

After ICC officially ratifies your club, you must submit a **Club Roster** to the Campus Life office. This document helps ensure that we can communicate with your club leaders and members and is how your officers will receive important information (such as ICC Meeting Agendas and Minutes, information about Club Expo, etc.).  Your Club Roster is due **one week** after your ICC ratification date.

7

- ➢ **Club Roster Tip 1**: Use the Club Roster template from our website.

- ➢ **Club Roster Tip 2**: It's okay if you don't have all your officers elected/appointed when you first submit your roster to Campus Life one week after your ICC ratification date. You can always submit an updated roster any time after this initial deadline! However, make sure that your **Club President** and **ICC Representative** are included on this initial roster, so that we can communicate dates and deadlines with your club.

## Active/Continuing Clubs

If your club was active within the two previous academic years (four academic semesters), there is no need to fill out the New Club Application. Instead, the following deadlines apply.

### Club Roster

Active Clubs must submit their Club Roster to the Campus Life office **at least one week before the first ICC meeting of the semester**. You can find the list of meeting dates/times online. The schedule is typically published the week before each fall and spring semester.

- ➢ **Club Roster Tip 1**: Use the Club Roster template from our website.

- ➢ **Club Roster Tip 2**: It's okay if you don't have all your officers elected/appointed when you first submit your roster to Campus Life. You can always submit an updated roster any time after this initial deadline! However, make sure that your **Club President** and **ICC Representative** are included on this initial roster, so that we can communicate dates and deadlines with your club.

### Club Constitution

Active Clubs already have a Constitution on file with the Campus Life office, so you don't need to submit your Constitution each year. However, if you make any changes to your Constitution, you must submit your updated Constitution to Campus Life **no later than one week after your group has approved your revised Constitution.**

- ➢ **Constitution Tip 1**: Campus Life recommends that all clubs review their Constitution on an annual basis, so that your group's structure and decision-making processes are current and up to date.

- ➢ **Constitution Tip 2**: If you are a newly elected Club President and did not receive a copy of your Club Constitution from the Past President, reach out to the ICC Advisor, as your group's Constitution should be on file in our office.

- ➢ **Constitution Tip 3**: If your club's Constitution is not on file with Campus Life, our office will work with you to create a new Constitution. Please see the New Club Constitution section of this Handbook for additional tips.

8

## Good Standing

Whether your club is brand new or continuing, there are some important requirements that all clubs must follow to maintain active status.

### Club Paperwork

All GWC clubs are required to submit a Club Roster to Campus Life each semester. New clubs must also submit a Club Constitution within 30-days of being approved/ratified at ICC.

### Club Meetings

All GWC clubs are required to hold regular club meetings at a minimum of once per month. You may, of course, meet more often – many of our largest and most active clubs find that they are most successful with weekly or biweekly (every other week) meetings. For more information about hosting club meetings, please see the Club Meeting section of this Handbook.

Additionally, your club meeting information must be on file with the Campus Life office. This allows us to update your meeting information on our website and the GWC App so that other students can find your organization.  To submit your Club Meeting information to our office, fill out the **Campus Life Event Application**.

For more information about these forms, please see the Club Meeting & Events section of this handbook.

### ICC Meetings

Each club is required to send a representative to ICC meetings.  The ICC meeting dates and times are set by the Vice President of Club Affairs.  You can find the list of meeting dates/times online.  The schedule is typically published the week before each fall and spring semester.

If your club misses two consecutive ICC meetings (two meetings in a row) or more than half of the ICC meetings in an academic semester, your club may be placed on Inactive Clubs.

For more information on ICC Meetings, please see the Inter-Club Council section of this Handbook.

## Inactive Clubs

Campus Life reserves the right to place a GWC Club on Inactive status if any of the following apply:

1. A club is absent for two consecutive ICC Meetings
2. A club is absent for more than half of the ICC meetings in a given semester.
3. A club's membership drops below five members.
4. A club loses their advisor(s).

9

5. A club violates policies set forth by the Coast Community College District, Golden West College, or the Campus Life office.

Inactive clubs will be denied privileges to funding from ICC, ASGWC, and the Campus Life Office, and may not vote in ICC Meetings. Restoring a club from Inactive to Active status will be at the discretion of the VP of Club Affairs, the ICC Advisor(s), and the Campus Life Office, based on the circumstances of the club's Inactive status.

## **Dormant Clubs**

A club that is Inactive for a period of more than two academic years (four academic semesters, excluding summer/winter intercession) will be considered Dormant. After the second academic year, any funds remaining in the Dormant Club's individual account will be transferred to the Inter-Club Council account.

Dormant Clubs must follow the New Club procedures to be recognized as an official GWC Club.

Chapter
5

# Chapter 5: Club Expo

Club Expo is ICC's signature event, hosted every fall and spring semester. Club Expo provides each student group an opportunity to showcase their club or organization to the larger GWC student body and to recruit new and returning students to join your membership.

### Event Date & Location
Club Expo is traditionally held around the fourth week of the semester (in mid-September for the fall semester and late February for the spring semester) to allow new and returning clubs enough time to plan for the event. The exact date and time varies from semester to semester, based on both the academic calendar and the guidance of the Club Expo planning task force.

Club Expo is usually held outdoors (barring any inclement weather) in a prominent location on campus (such as the Student Services Center North Patio, at the intersection of "Main Street" and the Student Union; or the GWC Main Quad). The Campus Life team provides each club with one canopy, one table, and two chairs to use for the event.

### Club Participation/Attendance
In addition to the opportunity to showcase their club, Club Expo also provides clubs with the chance to participate in friendly inter-club competition throughout the event as an opportunity to earn club stipends.  Past Club Expos, for example, have included booth decorating contests, carnival-style games, and participation stipends for all clubs who attend. The specific club incentives for each Club Expo event are determined by the Club Expo planning task force.

All active clubs, including new interest groups seeking official club activation, are eligible to participate in Club Expo. E-mail notifications are sent at the start of each academic term (fall/spring) from the ICC and Campus Life inviting clubs to register for the event.

All active and developing clubs are pre-approved to spend $50 from the Student Clubs & Organization account on decorations, promotional items, pre-packaged or store-bought food/beverages, and pre-wrapped candy or snacks. As a reminder, gift cards and homemade food/baked goods are never permitted as club expenses. All online orders, such as Amazon, must be delivered directly to the campus (see address below). Any online orders that are delivered to a private home address may not be eligible for reimbursement.

**Address:**
Golden West College
Attn: <u>*Club Name*</u> - Campus Life Office
15744 Goldenwest Street
Huntington Beach, CA 92647

## Student Participation/Attendance

To encourage student attendance and participation, the Campus Life team will assist ICC and club leaders in securing free catered food and desserts, live or recorded music, activities, door prizes and/or giveaways, and GWC swag for student attendees.

## Club Expo Planning Task Force

If you are interested in planning, implementing, and evaluating the next Club Expo, please join the student-led Club Expo Task Force, which is chaired each term by the Vice President of Club Affairs in preparation for the next Club Expo. The fall Club Expo is planned each summer (May-August) and the spring Club Expo is planned each fall (October-January).

To volunteer for this leadership opportunity, please contact the Vice President of Club Affairs or the Inter-Club Council Advisor.