Alan Gura (SBN 178,221)
agura@ifs.org
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W.,
        Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:     202.301.3399

Attorneys for Plaintiffs
Matin Samimiat, Annaliese Hutchings,
and Young America's Foundation

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIN SAMIMIAT, et al., | ) Case No. 8:25-cv-1098 FWS (ADSx) |
| Plaintiffs, | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| STEPHANIE SMALLSHAW, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

The Parties, by and through their counsel of record, hereby notify the Court that they have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendants can fully perform their duties as required under the settlement agreement. It is estimated that Defendants will fully perform their duties by August 1, 2025. Upon Defendants' completion of their duties (as mandated under the settlement agreement) and within ten days after said completion, Plaintiffs will file a notice of dismissal with prejudice.

Dated: July 17, 2025                    **CALLAHAN & BLAINE, PC**

                                        By: /s/ David J. Darnell
                                            David J. Darnell
                                            John D. Stanley
                                            Attorneys for Defendant STEPHANIE
                                            SMALLSHAW

Dated: July 17, 2025                    **INSTITUTE FOR FREE SPEECH**

                                        By: /s/ Alan Gura
                                            Alan Gura
                                            Attorneys for Plaintiffs MATIN
                                            SAMIMIAT, ANNALIESE
                                            HUTCHINGS, and YOUNG AMERICA'S
                                            FOUNDATION

        Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures:

        I, Alan Gura, attest that all other signatories listed, and on whose behalf this

filing is submitted, concur in the filing's content and have authorized the filing of this

document with the use of their electronic signature.

Dated: July 17, 2025                    **INSTITUTE FOR FREE SPEECH**

                                        By: /s/Alan Gura
                                            Alan Gura
                                            Attorneys for Plaintiffs MATIN
                                            SAMIMIAT, ANNALIESE
                                            HUTCHINGS, and YOUNG AMERICA'S
                                            FOUNDATON